# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 12-15069-ELF

BRIAN S SACKS
BARBARA A SACKS

5 GREEN BRIAR COURT
POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN S SACKS
    BARBARA A SACKS

    5 GREEN BRIAR COURT
    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    DANIEL W MCCARTNEY JR ESQ
    ONE EAST AIRY ST

    NORRISTOWN, PA 19401

Date: 8/16/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee