**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | **Chapter 13** |
| **Brian S. Sacks and Barbara S. Sacks,** | **:** | |
| Debtors | **:** | **BK No. 12-15069-elf** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Kindly enter my appearance on behalf of the Debtors for the above-referenced case.

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By: */ s / Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com
Counsel for Debtors

Date: May 23, 2017