Certificate Number: 05781-PAE-DE-029461289

Bankruptcy Case Number: 12-15069



05781-PAE-DE-029461289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2017, at 6:25 o'clock PM PDT, Brian Sacks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 21, 2017         By:   /s/Allison M Geving

                              Name: Allison M Geving

                              Title: President