Certificate Number: 05781-PAE-DE-029461290

Bankruptcy Case Number: 12-15069



05781-PAE-DE-029461290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2017, at 6:25 o'clock PM PDT, Barbara Sacks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 21, 2017                By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President