United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-15069-elf
Brian S. Sacks                                                  Chapter 13
Barbara A. Sacks
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Aug 16, 2017
                             Form ID: 138             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
```
db/jdb         +Brian S. Sacks,    Barbara A. Sacks,    5 Green Briar Court,    Pottstown, PA 19464-3096
cr             +Wells Fargo Auto Finance, Inc., Servicer for Wells,    13675 Technology Dr., Bldg C., 2nd Floor,
                 Eden Prairie, MN 55344-2252
cr             +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
12837047        Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 660933,   Dallas, TX 75266-0933
13012972       #+Daniel W. McCartney, Jr.,    One East Airy Street,    Norristown, PA 19401-4802
12790912        Deere & Company,    PO Box 6600,    Johnston, Iowa 50131-6600,    Attn: Jacob Everhart
12807624       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
12765222       +Diamond Federal Credit Untion,    1600 Medical Drive,    Pottstown, PA 19464-3242
13922684       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13424988       +NEWLANDDS ASSET HOLDING TRUST,    C/O ROUNDPOINT MORTGAGE SERVICING CORP,
                 5016 PARKWAY PLAZA BLVD.,    CHARLOTTE, NC 28217-1932
12839657        Wells Fargo Bank, N.A.,    13675 Technology Drive, Bldg C,    Eden Prairie, MN 55344-2252
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:47:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2017 01:48:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Aug 17 2017 01:48:28     Deere & Company,
                 6400 NW 86th Street,    Johnston, IA 50131-2945
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 01:49:11     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12774043        E-mail/Text: mrdiscen@discover.com Aug 17 2017 01:47:26     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12879062        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 01:49:18
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12782236        E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2017 01:50:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12765223       +E-mail/Text: bankruptcy@td.com Aug 17 2017 01:47:58     TD Bank,    PO Box 23072,
                 Columbus, GA 31902-3072
12904622        E-mail/Text: bankruptcy@td.com Aug 17 2017 01:47:58     TD Bank N.A.,    Attn: Robin Paradis,
                 P.O. Box 9547,    Portland, ME 04112-9547
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12765221      ##+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Aug 16, 2017
                              Form ID: 138             Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:

```
          ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,   nwelch@mwn.com
          DANIEL W. MCCARTNEY, JR.    on behalf of Debtor Brian S. Sacks daniel.mccartney.esq@gmail.com
          DANIEL W. MCCARTNEY, JR.    on behalf of Joint Debtor Barbara A. Sacks
           daniel.mccartney.esq@gmail.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSEPH L QUINN    on behalf of Debtor Brian S. Sacks CourtNotices@sjr-law.com
          JOSEPH L QUINN    on behalf of Joint Debtor Barbara A. Sacks CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN T MCQUAIL    on behalf of Creditor    Diamond Credit Union ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    Diamond Credit Union mcohen@mwc-law.com
          THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Auto Finance, Inc., Servicer for Wells
           Fargo Bank, N.A. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:Brian S. Sacks and Barbara A. Sacks
        Debtor(s)                                              Case No: 12–15069–elf
                                                                     Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. That [(sc 524(d) is amended to make the discharge hearing non−mandatory except when the debtor(s) desire(s) to reaffirm a debt pursuant to ](sc 524(c).

    3. That any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

within 30 days from the date of this notice.

    4. That in the absence of any objection, the Court may enter the Order of Discharge.

                                                                       For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court

Dated: 8/16/17