United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brian S. Sacks
Barbara A. Sacks
      Debtors

Case No. 12-15069-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Sep 26, 2017
                      Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.
db/jdb          +Brian S. Sacks,    Barbara A. Sacks,    5 Green Briar Court,    Pottstown, PA 19464-3096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:
        ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,    nwelch@mwn.com
        DANIEL W. MCCARTNEY, JR.    on behalf of Joint Debtor Barbara A. Sacks
         daniel.mccartney.esq@gmail.com
        DANIEL W. MCCARTNEY, JR.    on behalf of Debtor Brian S. Sacks daniel.mccartney.esq@gmail.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        JOSEPH L QUINN    on behalf of Debtor Brian S. Sacks CourtNotices@sjr-law.com
        JOSEPH L QUINN    on behalf of Joint Debtor Barbara A. Sacks CourtNotices@sjr-law.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KEVIN T MCQUAIL    on behalf of Creditor    Diamond Credit Union ecfmail@mwc-law.com
        MARISA MYERS COHEN    on behalf of Creditor    Diamond Credit Union mcohen@mwc-law.com
        THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Auto Finance, Inc., Servicer for Wells
         Fargo Bank, N.A. ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                       TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 13

Brian S. Sacks and Barbara A. Sacks                 : Case No. 12–15069–elf

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                        By The Court

                                        Eric L. Frank
                                        Chief Judge , United States Bankruptcy Court