United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-15069-elf
Brian S. Sacks                                                  Chapter 13
Barbara A. Sacks
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: SaraR              Page 1 of 1              Date Rcvd: Apr 20, 2020
                               Form ID: pdf900          Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
```
db/jdb        +Brian S. Sacks,   Barbara A. Sacks,   5 Green Briar Court,   Pottstown, PA 19464-3096
cr            +Wells Fargo Auto Finance, Inc., Servicer for Wells,   13675 Technology Dr., Bldg C., 2nd Floor,
               Eden Prairie, MN 55344-2252
cr            +Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,   St. Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Apr 21 2020 03:02:03     Deere & Company,
               6400 NW 86th Street,   Johnston, IA 50131-2945
cr             E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 03:04:48      GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,   nwelch@mwn.com
              DANIEL W. MCCARTNEY, JR.    on behalf of Debtor Brian S. Sacks daniel.mccartney.esq@gmail.com
              DANIEL W. MCCARTNEY, JR.    on behalf of Joint Debtor Barbara A. Sacks
               daniel.mccartney.esq@gmail.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. bankruptcy@powerskirn.com
              JOSEPH L QUINN    on behalf of Joint Debtor Barbara A. Sacks CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Brian S. Sacks CourtNotices@rqplaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    Diamond Credit Union ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Diamond Credit Union ecfmail@ecf.courtdrive.com,
               mcohen@mwc-law.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Auto Finance, Inc., Servicer for Wells
               Fargo Bank, N.A. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    BRIAN S. SACKS

    BARBARA A. SACKS,

    Debtors.

Chapter 13

Bankruptcy No. 12-15069-elf

**ORDER GRANTING MOTION TO REDACT**

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 9-1 filed on November 13, 2012 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document **on or before May 4, 2020**, if such redacted document has not been filed prior to entry of this Order.

Dated: 4/20/20

_____
   **ERIC L. FRANK**
   **U.S. BANKRUPTCY JUDGE**